IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. 24-cv-36 |
| vs. | ) |
| ASHLEY BROWN, DNP, ARNP, | ) |
| Defendant. | ) |

## CONSENT JUDGMENT

For the purposes of resolving all claims raised in the Complaint filed in the above-captioned action, and upon the consent of the Plaintiff, the United States of America, and the Defendant, Ashley Brown, DNP, ARNP (collectively, the "Parties"), the Court hereby states as follows:

A. The Court has jurisdiction over this matter under 31 U.S.C. §§ 3730, 3732(a), and 28 U.S.C. §§ 1331, 1345.

B. The Parties enter into this Consent Judgment freely and voluntarily. Brown promises she shall not seek to rescind this Consent Judgment on the grounds of coercion, duress, mistake, or any other basis after execution of this Consent Judgment.

C. The Parties have the legal authority to enter into this Consent Judgment, and each Party has authorized its undersigned representative to execute this Consent Judgment on its behalf.

NOW, THEREFORE, based on the agreements of the Parties, by their undersigned representatives, it is hereby ORDERED, ADJUDGED, AND DECREED as follows:

1. The Plaintiff, the United States of America, is awarded judgment in the sum of $52,560. Brown agrees to satisfy this judgment in accordance with the terms and conditions set forth in the attached Stipulation and Order.
2. This Order shall remain in effect, and the Court shall retain jurisdiction for the purposes of enforcing this Judgment.
3. Each of the Parties to this Consent Judgment shall bear its/her own attorney's fees and costs, including the preparation and performance of this Consent Judgment.

Consented to by:

**THE UNITED STATES OF AMERICA**

DATED: 3/22/24     BY: _____
TIMOTHY T. DUAX
United States Attorney
Brandon J. Gray
Assistant United States Attorney
United States Attorney's Office
Northern District of Iowa

DATED: _____  BY: _____
SUSAN GILLIN  Digitally signed by SUSAN GILLIN
Date: 2024.03.07 19:48:13 -05'00'
Susan E. Gillin
Assistant Inspector General for Legal Affairs
Office of Counsel to the Inspector General
Office of Inspector General
United States Department of Health and Human Services

### ASHLEY BROWN, DNP, ARNP - DEFENDANT

DATED: March 4, 2024    BY: *Ashley Brown*
                            Ashley Brown, DNP, ARNP

DATED: March 5, 2024    BY: *Rebecca A. Brommel*
                            Rebecca A. Brommel
                            Counsel for Ashley Brown, DNP, ARNP

**IT IS SO ORDERED.**

**DATED** this _____ day of _____, 2024.

_____
[JUDGE]
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA